1  KATE WELLS, SB# 107051
2  2600 Fresno Street
   Santa Cruz, California 95062
3  Telephone: (831) 479-4475
   Facsimile:  (831) 479-4476
4  Email: lioness@got.net

5  SALLY A. WILLIAMS, SB # 129181
   Post Office Box 1478
6  Aptos, CA 95001-1478
   Telephone: (831) 459-6096
7  Facsimile:  (831) 688-1772
   Email: sallyawilliams@sbeglobal.net

8  Attorneys for Plaintiff, KEVIN DIMMICK

9
10                     **UNITED STATES DISTRICT COURT**
11                     **NORTHERN DISTRICT OF CALIFORNIA**
12                     **SAN FRANCISCO DIVISION**

13  KEVIN DIMMICK,                               )   **E-FILING CASE**
                                                 )
14          Plaintiff,                           )   **No. C 04-04965 PJH**
        vs.                                      )
15                                               )   **STIPULATION OF THE**
                                                 )   **PLAINTIFF AND DEFENDANT**
16  NORTHERN CALIFORNIA INSTITUTE                )   **ABBOTT LABORATORIES FOR**
    FOR RESEARCH & EDUCATION,                    )   **DISMISSAL WITH PREJUDICE**
17  BOEHRINGER-INGELHEIM                         )   **OF THE CLAIMS AGAINST**
    PHARMACEUTICALS, INC., a Delaware            )   **THEM; ORDER**
18  Corporation doing business in California,    )
    UNIVERSITY OF CALIFORNIA/BOARD               )
19  OF REGENTS OF THE STATE OF                   )
    CALIFORNIA, ABBOTT                           )
20  LABORATORIES, INC., an Illinois              )
    Corporation doing business in California     )
21  (Substituted in for DOE Number 1, and        )
    DOES 2 THROUGH 100,                          )
22                                               )
            Defendants.                          )
23                                               )

24      The Plaintiff and defendant Abbott Laboratories, by and through their attorneys of record,
25  hereby agree and stipulate to dismiss any and all claims in the complaint herein against defendant
26  Abbott Laboratories with prejudice.  Each party hereby stipulates and agrees to bear their own costs
27  and fees incurred in this action.
28  ///

STIPULATION OF PLAINTIFF & ABBOTT LABORATORIES TO DISMISS CLAIMS WITH PREJUDICE-
*Dimmick v. NCIRE et al.*   C-04-04965 PJH

1  **SO STIPULATED:**

3                                                          LAW OFFICE OF KATE WELLS

6  Dated: July 20, 2005
                                                           _____/s/_____
                                                           KATE WELLS, Attorney for KEVIN DIMMICK

9                                                          LAW OFFICES OF SALLY A. WILLIAMS

12 Dated: July 20, 2005
                                                           _____/s/_____
                                                           SALLY A. WILLIAMS
                                                           Attorney for KEVIN DIMMICK

15                                                         ORRICK, HERRINGTON & SUTCLIFFE, LLP

19 Dated: July 20, 2005
                                                           _____/s/_____
                                                           ROCKY C. TSAI
                                                           Attorneys for Defendant
                                                           ABBOTT LABORATORIES

22 **SO ORDERED BY STIPULATION**

23 Any and all claims in the complaint herein against defendant Abbott Laboratories are hereby dismissed with prejudice. Each party is to bear their own fees and costs.

27 Dated: 7/20/05
                                                           _____
                                                           THE HONORABLE PHYLLIS J. HAMILTON
                                                           U.S. DISTRICT COURT JUDGE

STIPULATION OF PLAINTIFF & ABBOTT LABORATORIES TO DISMISS CLAIMS WITH PREJUDICE-
*Dimmick v. NCIRE et al.*   C-04-04965 PJH