| | |
|---|---|
| 1 | KATE WELLS, SB# 107051 |
| 2 | 2600 Fresno Street<br>Santa Cruz, California 95062 |
| 3 | Telephone: (831) 479-4475<br>Facsimile:   (831) 479-4476 |
| 4 | Email: lioness@got.net |
| 5 | SALLY A. WILLIAMS, SB # 129181<br>Post Office Box 1478 |
| 6 | Aptos, CA 95001-1478<br>Telephone: (831) 459-6096 |
| 7 | Facsimile:  (831) 688-1772<br>Email: sallyawilliams@sbeglobal.net |
| 8 | Attorneys for Plaintiff, KEVIN DIMMICK |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KEVIN DIMMICK,<br><br>          Plaintiff,<br>     vs.<br><br>NORTHERN CALIFORNIA INSTITUTE FOR RESEARCH & EDUCATION, BOEHRINGER-INGELHEIM PHARMACEUTICALS, INC., a Delaware Corporation doing business in California, UNIVERSITY OF CALIFORNIA/BOARD OF REGENTS OF THE STATE OF CALIFORNIA, ABBOTT LABORATORIES, INC., an Illinois Corporation doing business in California (Substituted in for DOE Number 1, and DOES 2 THROUGH 100,<br><br>          Defendants. | **E-FILING CASE**<br><br>**No. C 04-04965 PJH**<br><br>**STIPULATION OF THE PLAINTIFF AND DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS INC. FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS AGAINST IT; ORDER** |

The Plaintiff Kevin Dimmick ("Plaintiff") and Defendant Boehringer Ingelheim Pharmaceuticals, Inc., named as Boehringer-Ingelheim Pharmaceuticals, Inc. ("Boehringer Ingelheim"), by and through their attorneys of record, hereby agree and stipulate to the dismissal with prejudice of all claims, including the claims alleged in Plaintiff's Fourth

1  Amended Complaint herein, against Defendant Boehringer Ingelheim. Each party hereby stipulates
2  and agrees to bear their own attorneys' fees and costs incurred in this action.
3  **SO STIPULATED:**

LAW OFFICE OF KATE WELLS

Dated: July 20, 2005
/s/
KATE WELLS
Attorney for Plaintiff KEVIN DIMMICK

LAW OFFICES OF SALLY A. WILLIAMS

Dated: July 20, 2005
/s/
SALLY A. WILLIAMS
Attorney for Plaintiff KEVIN DIMMICK

LUCE, FORWARD, HAMILTON & SCRIPPS, LLP

Dated: July 20, 2005
/s/
EDWARD PATRICK SWAN, JR.
Attorneys for Defendant
BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.

**SO ORDERED BY STIPULATION**

Any and all claims, including the claims alleged in Plaintiff's Fourth Amended Complaint herein, against Defendant Boehringer Ingelheim Pharmaceuticals, Inc., named as Boehringer-Ingelheim Pharmaceuticals, Inc. ("Boehringer Ingelheim"), are hereby dismissed with prejudice. Plaintiff and Defendant Boehringer Ingelheim are to bear their own attorneys' fees and costs incurred in this action.

Dated: 7/21/05

THE HONORABLE PHYLLIS J. HAMILTON
U.S. DISTRICT COURT JUDGE

STIPULATION OF PLAINTIFF & BOEHRINGER-INGELHEIM TO DISMISS CLAIMS WITH PREJUDICE-
*Dimmick v. NCIRE et al.*   C-04-04965 PJH