**United States District Court**
For the Northern District of California

1

2

**NOT FOR CITATION**

3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5

6    KEVIN DIMMICK,

7              Plaintiff,                      No. C 04-4965 PJH

8         v.                                   **ORDER GRANTING LEAVE TO
                                               FILE LATE BRIEF; DENYING**
9    NORTHERN CALIFORNIA INSTITUTE            **PLAINTIFF'S MOTION TO STRIKE**
     FOR RESEARCH & EDUCATION, et al.,
10

11             Defendants.
     _____/

12         Defendant NCIRE has filed a request for leave to file its motion to dismiss one day late.

13   The request is GRANTED, and the court will consider the motion timely filed.

14         However, in lieu of filing an opposition brief to the motion to dismiss, plaintiff has

15   instead filed a lengthy motion to strike the brief and requesting that the court deem waived

16   NCIRE's right to challenge the sufficiency of the pleadings under Rule 12 as a sanction.  This

17   is a highly unusual litigation strategy, especially given the repeated courtesies granted to

18   plaintiff himself by the defendants and the court to excuse his and his counsels' numerous

19   requests for extension of time throughout the years in which this case has been pending.  The

20   motion to strike is DENIED.

21         Plaintiff shall file its opposition to NCIRE's brief no later than August 19, 2005.  No

22   extensions will be granted to plaintiff, since plaintiff should have already prepared this brief

23   almost a month ago.  NCIRE may file its reply, if any, no later than August 29, 2005.

24         **IT IS SO ORDERED.**

25   Dated: August 15, 2005

26                                             _____
                                               PHYLLIS J. HAMILTON
                                               United States District Judge
27

28