Andrew H. Schwartz (SBN 100210)
Frank S. Sommers, IV (SBN 109012)
**SOMMERS & SCHWARTZ, LLP**
The Sacramento Tower
550 California Street, Suite 700
San Francisco, California 94104
Telephone: (415) 955-0925
Facsimile: (415) 955-0927

Attorneys for Defendant
NORTHERN CALIFORNIA INSTITUTE FOR
RESEARCH AND EDUCATION

**FILED**

OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DIMMICK,<br><br>        Plaintiff,<br>v.<br><br>NORTHERN CALIFORNIA INSTITUTE FOR RESEARCH & EDUCATION, BOEHRINGER-INGELHEIM PHARMACEUTICALS, INC., a Delaware Corporation doing business in California, UNIVERSITY OF CALIFORNIA/BOARD OF REGENTS OF THE STATE OF CALIFORNIA, ABBOTT LABORATORIES, INC., an Illinois Corporation doing business in California (substituted in for DOE Number 1) and DOES 2 to 100, inclusive<br><br>        Defendants. | E-FILING CASE<br><br>Case No.: C 04-04965 PJH<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL WITH PREJUDICE OF DEFENDANT NORTHERN CALIFORNIA INSTITUTE FOR RESEARCH & EDUCATION |

      The motion to dismiss of Defendant Northern California Institute for Research & Education having been duly made to this Court, Andrew Schwartz of Sommers & Schwartz appearing for said defendant and Kate Wells and Sally Williams appearing for Plaintiff, and this Court having granted the motion to dismiss with prejudice by its order of September 26, 2005.

      IT IS THEREFORE there ORDERED, ADJUDGED and DECREED that Plaintiff's action against Defendant Northern California Institute for Research & Education is dismissed with prejudice and that Plaintiff shall take nothing from Defendant Northern California Institute for Research and Education in

1 | this action.

2 | Dated: 10/24/05

_____
Hon. Phyllis Hamilton
United States District Court Judge

C:\DOCUMENT\NCIRE\U.S. Dist #04-04965-PJH\Judgment.wpd