1   KATE WELLS, SB# 107051
    2600 Fresno Street
2   Santa Cruz, California 95062
    Tel: (831) 479-4475
3   Fax: (831) 479-4476

4   SALLY A. WILLIAMS, SB # 129181
    Post Office Box 1478
5   Aptos, CA 95001-1478
    Telephone: (831) 459-6096
6   Facsimile:  (831) 688-1772

7   Attorneys for Plaintiff, KEVIN DIMMICK

8                 UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO

10

11  KEVIN DIMMICK,                          **Case No.:** C04-4965 PJH

12
                        Plaintiff,          **STIPULATION TO CONTINUE
13          vs.                             HEARING DATE AND DATE FOR
                                            OPPOSITION FOR  MOTIONS
14                                          FOR SUMMARY JUDGMENT AND
     NCIRE, et. al.,                        FOR SANCTIONS**
15
                                            Hearing Date: May 10, 2006
16                      Defendants.         Dept: 17

17

18

19
                        **STIPULATION**
20
        **Plaintiff's counsel have requested, due to both being out of the area due to family**
21
    **matters, that the hearing on motions for summary judgment and for sanctions be**
22
    **continued to a date which would allow for preparation of the opposition when counsel is**
23
    **in town.**
24
        **Pursuant to said request, The Regents and plaintiff Kevin Dimmick, through their**
25
    **counsel of record, hereby stipulate that the motion for summary judgment and the**
26
    **motion for sanctions shall be continued from April 19, 2006 to May 10, 2006 at 9:00 AM**
27
    **and that the opposition and reply papers, if any shall be due 21 days and 14 days**
    **respectively prior to the hearing date.**
28
        *///*

1

2

**IT IS SO STIPULATED**:

3

LAW OFFICES OF SALLY A WILLIAMS

4

5

6    Dated:4/04/06

7

By:    */s/ Sally A Williams*
      SALLY A WILLIAMS,
      Attorney for Plaintiff KEVIN DIMMICK

8

9

GORDON & REES

10

11

12    Dated: 4/04/06

13

By:    */s/ Michael Laurenson*
      MICHAEL LAURENSON
      Attorney for the Regents- University of
      California Defendants

14

15

16

ORDER

17

18    Good Cause appearing from the stipulation and the matters contained herein, and

19    the file of this action, the Court hereby adopts the stipulation as an Order of this Court

20    and orders that the hearing on the Regents motions for summary judgment and for

21    sanctions shall be continued to May 10, 2006 at 9:00 AM, and that the opposition and

22    reply papers shall be due prior to the hearing 21 days and 14 days respectively.

23

**IT IS SO ORDERED**

24

25    Dated:  4/6/06

26    _____
      HONORABLE PHYLLIS J. HAMILTON,
      JUDGE OF THE FEDERAL DISTRICT
      COURT

IT IS SO ORDERED

Judge Phyllis J. Hamilton

27

28

STIPULATION AND ORDER THEREON TO CONTINUE THE REGENT'S MOTION FOR SUMMARY JUDGMENT AND FOR SANCTIONS    Page 2