MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES, LLP
Embarcadero Center West
275 Battery Street, Twentieth Floor
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
THE REGENTS OF THE UNIVERSITY
OF CALIFORIA, ROBERT OKIN and
MIRIAM MARTINEZ

SALLY A. WILLIAMS (SBN: 129181)
LAW OFFICES OF SALLY A. WILLIAMS
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062

Attorney for Plaintiff
KEVIN DIMMICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DIMMICK,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>NCIRE, *et al.*<br><br>　　　　　Defendants. | CASE NO. C04-4965 PJH<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT UC REGENTS** ; AND ORDER |

IT IS HEREBY STIPULATED AND AGREED TO, by and between the parties, through their counsel of record, that:

1. The Motion for Summary Judgment filed by Defendant The Regents of the University of California in the above-captioned action and presently set for hearing on May 10, 2006, be taken off calendar; and,

2. The Motion for Sanctions filed by Defendant The Regents of the University of California in the above-captioned action and presently set for hearing on May 10, 2006, be withdrawn; and,

1

3. All claims against Defendant The Regents of the University of California in the above-captioned action be dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, each party to bear its own costs.

IT IS SO STIPULATED.

Dated: April 14, 2006

GORDON & REES, LLP

By: _____
MICHAEL A. LAURENSON
Attorneys for Defendant
THE REGENTS OF THE UNIVERSITY OF CALIFORIA

Dated: April 14, 2006

_____
SALLY A. WILLIAMS
Attorneys for Plaintiff
KEVIN DIMMICK

IT IS SO ORDERED.

DATED: 4/18/06

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2